# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED SEPTEMBER 19, 2019

## NO. 03-19-00506-CR

**The State of Texas, Appellant**

**v.**

**Glen Burchers, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment of conviction rendered by the trial court. The State of Texas has filed a motion to dismiss the appeal. Therefore, the Court grants the motion, allows the State of Texas to withdraw its notice of appeal, and dismisses the appeal. The State of Texas shall pay all costs relating to this appeal, both in this Court and in the court below.